STATE OF LOUISIANA     *     NO. 2021-KA-0488

VERSUS     *     COURT OF APPEAL

AARON K. MITCHELL     *     FOURTH CIRCUIT

    *     STATE OF LOUISIANA

    *

    *

* * * * * * *

*DNA* ATKINS, J., CONCURS IN THE RESULT